**James P. MITCHELL, Secretary of Labor, United States Department of Labor,**

v.

**MYRTLE GROVE PACKING COMPANY.**

No. 15051.

United States Court of Appeals, Fifth Circuit.

Jan. 12, 1955.

Bessie Margolin, Ch. App. Lit. D. of Labor, Washington, D. C., Earl Street, Atty., Dallas, Tex., Stuart Rothman, Solicitor, Harold S. Saxe, Attorney, United States Department of Labor, Washington, D. C., for appellant.

W. L. Guice, Biloxi, Miss., C. O. Perez, New Orleans, La., for appellee.

Before HUTCHESON, Chief Judge, BORAH, Circuit Judge, and DAWKINS, District Judge.

PER CURIAM.

Affirmed, 117 F.Supp. 599. Donnely v. Mavar Shrimp & Oyster Co., 5 Cir., 190 F.2d 409.

**Fada GOBINS, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 13845.

United States Court of Appeals, Ninth Circuit.

Dec. 27, 1954.

Rehearing Denied Feb. 11, 1955.

Norman Elkington, San Francisco, Cal., for petitioner.

H. Brian Holland, Asst. Atty. Gen., Elmer J. Kelsey, Ellis N. Slack, Howard P. Locke, John J. Kelley, Jr., Sp. Assts. to Atty. Gen., Charles W. Davis, Chief Counsel, Int. Rev. Service, Washington, D.C., for respondent.

Before MATHEWS and ORR, Circuit Judges, and DRIVER, District Judge.

PER CURIAM.

On the grounds and for the reasons stated in its opinion, 18 T.C. 1159, the decision of the Tax Court is affirmed.